# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE:    April 22, 2021
JUDGE:    Brett H. Ludwig
CASE NO.:    18-cv-1138-bhl
CASE NAME:    Theys et al v. State Farm Mutual Automobile Insurance Company et al
MATTER:    Continued Status Conference
APPEARANCES:    Darryl J Lee, Attorney for Patrick Theys, Laura Theys, and Michel Vinas Tovar
    Amanda J Kaiser, Attorney for State Farm Mutual Automobile Insurance Company
    Aaron M Ninnemann, Attorney for All Savers Insurance Company
    Rick J Mundt, Attorney for WPS Health Plan Inc
TIME:    10:02 a.m. – 10:39 a.m.
COURTROOM DEPUTY:    Melissa P.
**AUDIO OF THIS HEARING IS AT ECF NO. 71**

The Court issued an oral ruling granting in part and denying in part the pending amended motion for partial summary judgment. The parties then offered their opinions as to how the case should proceed. The Court continued this status conference to allow the parties time to mediate. Should the parties wish to have the case referred to a Magistrate Judge for mediation, they should file a joint request on the docket. Accordingly,

**IT IS HEREBY ORDERED**:

1. State Farm's amended motion for partial summary judgment, ECF No. 49, is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted with respect to the bad faith claims brought by plaintiffs Laura Theys and Michel Vinas Tovar. The motion is denied with respect to the bad faith claim brought by plaintiff Patrick Theys.

2. A continued status conference will be held on **August 19, 2021** at **10:00 a.m.** by telephone. To appear by telephone, call the Court's conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time.

Dated at Milwaukee, Wisconsin on April 22, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge