# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | January 5, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 18-cv-1138-bhl |
| CASE NAME: | Theys et al v. State Farm Mutual Automobile Insurance Company et al |
| MATTER: | Motion to Bifurcate |
| APPEARANCES: | Darryl J. Lee, Attorney for Plaintiffs |
| | Amanda J. Kaiser, Attorney for Defendant State Farm Mutual Insurance Company |
| | Christopher L. Rexroat, Attorney for Subrogee Defendant All Savers Insurance Company |
| | Blayne Steinkraus, Attorney for Subrogee Defendant WPS Health Plan Inc. |
| TIME: | 9:39 a.m. -10:16 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

**AUDIO OF THIS HEARING IS AT ECF NO. 83**

Counsel for the parties reported on the status of the case and stated their respective positions on the motion to bifurcate. The Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendant's motion to bifurcate trial (ECF No. 77) is **GRANTED**. Trial will be conducted in two phases, the first concerning all three Plaintiffs' damages for breach of contract, and the second, if necessary, concerning Plaintiff Patrick Theys' bad faith claim.

Dated at Milwaukee, Wisconsin on January 5, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge